UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Qualeek Velasquez** **Docket No. 4:17-CR-53-6M**

**Petition for Action on Supervised Release**

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Qualeek Velasquez, who upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin and Marijuana, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 13, 2018, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Michael Qualeek Velasquez was released from custody on May 2, 2025, at which time the term of supervised release commenced.

On July 2, 2026, this case was reassigned to Your Honor.

On July 16, 2026, a Petition for Action was submitted to the court after the defendant signed a Waiver of Hearing where he agreed to comply with the conditions that were ordered at sentencing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 15, 2026, the defendant was charged with Driving While Impaired (26CR383019), Felony Serious Injury by Vehicle, Reckless Driving Wanton Disregard, and Fail to Stop at Steady Red Light (26CR383080) in Greene County, North Carolina. After being released from custody the defendant immediately contacted the undersigned officer and admitted to consuming several drinks prior to driving, running a red light, and being involved in a motor vehicle accident. According to the North Carolina Highway Patrol, the defendant was impaired, ran a red light, and struck another vehicle. The occupant of the other vehicle was taken to the hospital with injuries and then released. The defendant was cooperative during the investigation.

As a sanction for this criminal conduct, the probation office is recommending that the defendant be placed on 180 days of curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 180 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kyle W. Fricke
Kyle W. Fricke
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2336
Executed On: August 26, 2026

**ORDER OF THE COURT**

Considered and ordered this 27th day of August, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge